**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DELTRESS A. HAVERLY,** | § | |
| | § | **CIVIL ACTION NO.:** |
| *Plaintiff,* | § | |
| | § | _____ |
| **vs.** | § | |
| | § | |
| **GIRLING COMMUNITY CARE** | § | **Removed from the District** |
| **KINDRED,** | § | **Court of Harris County, Texas;** |
| | § | **127th Judicial District;** |
| *Defendant.* | § | **Cause No. 2020-73479** |

## EXHIBIT B

(Pleadings asserting causes of action, *e.g.*, petitions, counterclaims, cross-actions, third-party actions, interventions and all answers to such pleadings)

1.      Complaint for Employment Discrimination; and

2.      Letter to District Clerk; and

3.      Statement of Inability to Afford Payment of Court Costs.

# EXHIBIT B-1

*p 12*

# IN THE DISTRICT COURT
## OF
# HARRIS COUNTY, TEXAS JUDICIAL DISTRICT

**2020 73479**

|  |  |  |
|---|---|---|
| **DELTRESS A. HAVERLY** | ) | Case No. _____ |
| *Plaintiff* | ) | |
| | ) | |
| -v- | ) | Jury Trial:   (Yes)  ☐ No |
| | ) | |
| | ) | |
| **GIRLING COMMUNITY CARE KINDRED** | ) | |
| *Defendant(s)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**FILED**
Marilyn Burgess
District Clerk

NOV – 4 2020

Time: _____
Harris County, Texas

By _____
Deputy

### The Parties to This Complaint

**A.**   **The Plaintiff(s)**

| | |
|---|---|
| Name | DELTRESS A. HAVERLY |
| Street Address | 9711 CEDAR BLUFF DRIVE |
| City and County | HOUSTON   (HARRIS COUNTY) |
| State and Zip Code | TEXAS |
| Telephone Number | 8327521308 |
| E-mail Address | deltressa7@gmail.com |

**B.**   **The Defendant(s)**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Page of 8

Defendant No. 1

| | |
|---|---|
| Name | BETTY BETHEA |
| Job or Title | ADMINISTRATOR/DIRECTOR |
| Street Address | 6750 WEST LOOP SOUTH    suite# 500 |
| City and County | BELLAIRE    (HARRIS COUNTY) |
| State and Zip Code | TEXAS ,    77401 |
| Telephone Number | (713)780-1248 |
| E-mail Address | |

Defendant No. 2

| | |
|---|---|
| Name | STEVEN MORRISON |
| Job or Title | SENIOR   HUMAN RESOURCES   MANAGER |
| Street Address | 3307  NORTHLAND DRIVE #260, |
| City and County | AUSTIN (TRAVIS COUNTY) |
| State and Zip Code | TEXAS,  78731 |
| Telephone Number | (1512)323-1536 -    (1708)-442-6420 |
| E-mail Address | |

Defendant No. 3

| | |
|---|---|
| Name | GIRLING COMMUNITY CARE KINDRED |
| Job or Title | COMPANY |
| Street Address | 3307  NORTHLAND DRIVE #260, |
| City and County | AUSTIN (TRAVIS COUNTY) |
| State and Zip Code | TEXAS,  78731 |
| Telephone Number | (1512)454-3581      -  ( 1708-442-6420) |
| E-mail Address | |

Defendant No. 4

| | |
|---|---|
| Name | JESSE HOWARD |
| Job or Title | AREA VICE   PRESIDENT  OF PATIENT CARE |
| Street Address | 3307  NORTHLAND DRIVE #260, |
| City and County | AUSTIN (TRAVIS COUNTY) |
| State and Zip Code | TEXAS,  78731 |
| Telephone Number | 1254-498-7234 |
| E-mail Address | |

**C.      Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | GIRLING COMMUNITY CARE KINDRED |
| Street Address | 6750 WEST LOOP SOUTH     Suite# 500 |
| City and County | BELLAIRE (HARRIS COUNTY) |
| State and Zip Code | TEXAS   ,   77401 |
| Telephone Number | (  713)780-1248 |

**I.      Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

☐      Other federal law

☐      Relevant state law

☐      Relevant city or county law

## II.    Statement of Claim

As a result of me being African American I was overlooked for promotions and higher job positions in which I applied for hat was available at the timeI had attempted to promote for several years at that point, but could not get past Betty Bethea efforts rom promoting me. I had initially filed a complaint with Steven Morrison in 2016 and 2017 but he never responded to me about ny complaints. Senior Human Resource Manager instead of Kathy Dumas because I was told that Steven was higher than Kathy nd he was the person to talk to in regards to Betty Bethea And later because of my disability in February of 2017 through March he 14th 20017. And also because I was engaged in protected activities, I was illegally harassed, subjected to a pattern of iarassment and disparate treatment, knowingly subjected to unjustified and factual unsupported disciplinary action served or not erved concurrently.The rapid disciplinary penalties and thereby support a recommendation of termination and other retaliatory ctions and harassment against me resulted in a wrongful termination after answering questions from Steven Morrison Senior luman Resource Manager and Steven telling her everything I told him after he promised me that he would remain confidential. I vas terminated from work a few days after I answered his questions and complained about my discrimination ,disability,and infairness and me being overlooked for higher job positions and complaining of my pay being smaller than her family and riends in which Betty hired on later on in the company. In which were non-black employees and were her family members and lose friends and the majority of them didn't have the years of experience nor the seniority in which I displayed with the ompany of 22 years despite having a positive employment record, a good reputation across the entire company and with all itate Caseworkers and not having violated any policies and procedure. I was discriminated and retaliated against for for being a vhistleblower about the discrimination in which I encountered and failure to promote me. I was discriminated against for my lisability and was denied temporary accomodation for my disability. And as the result of the retaliation I was terminated a few lays later while I was on Family Medical Leave the day before my termination I was turned down for a reasonable adjustment vhen asked to accommodate me to temporarily work from home regarding my medical disability. Because of the heavy ileeding, stress and inability to concentrate. But Betty Bethea allowed three other non-black employees to work from home in vhich it is proven she showed favoritism to. I was mocked about my race by Betty Bethea if I want to be called African \merican, Brown, or a Zebra. In which I depressed me and I felt it was unethical and a derogatory joke. I was ignored by Steven Aorrison of Girling Community Care Kindred Human Resources when told of this matter and other matters that concerned me. I vas also racial harassed. Betty yelled at me in front of my co-worker Bonnie Porter while in my office and she kicked in my door iointing her fingers at me all because I applied for a full time field position that and as a result of me being African American or iecause I engaged in protected activities, I was illegally harrased, subjected to a pattern of harassment and disparate treatment, nd knowingly subjected to unjustified and factually unsupported disciplinary action served in a rapid series rather than either iot served or served concurrently. The rapid series actions constantly overlooking me for promotions and higher positions and ny position in which I applied for. But all the higher positions in which I applied for were given to all caucasians women she old me in front of Bonnie Porter she was gone to make sure I didn't get. Betty followed me to the restroom stalking and iarassing me. Betty spread false rumors on me to her Directors and other fellow coworkers trying to coach them into trying to ind something on me so that she could terminate me. Whenever we had a meeting she addressed me and other staff members as ou people a very biased statement. Steven Morrison in Human Resources and Jesse Howard the Area Vice President of Patient are Betty directed Supervisor knew of all the wrong doings in which Betty did and he upheld her in all of her wrong doing she iot numerous complaints through Human Resources according to Steven Morrison and allowed her to terminate me while on amily Medical Leave. Once Betty Bethea terminated while approved and on Family Medical Leave. I called and spoke to Area /ice President of Patient Care Jesse Howard. He was very abrupt and appeared none caring as if the wrong treatment and :rmination I received was okay with him. Jesse told me he would call me back and never did. Making me feel that out of all of he years and dedication I have given Girling Community Care and now Kindred was useless. I not only did all my work but vould help others colleagues when needed or asked by Betty Bethea without a mumbling word.But all of my hard work went out he drain the day I was wrongfully terminated while on Family Medical Leave. And I was approved for payments but never

eceived them.

A.     The discriminatory conduct of which I complain in this action includes

☐     Failure to hire me.

☒     Termination of my employment.

☒     Failure to promote me.

☒     Failure to accommodate my disability.

☒     Unequal terms and conditions of my employment.

☒     Retaliation.

☒     Other acts *(specify)*:     **DISCRIMINATION, DIRECT AND INDIRECT DISCRIMINATION, AND HARASSMENT , WORKPLACE VICTIMIZATION**

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)
**2000,2001 THROUGH 4-13-2017, 4-14-2017,8-22-2016,- 5-2016,02-20-2017, 2-23-2017 4-13-2017,**

C.     I believe that defendant(s) *(check one)*:

☐     is/are still committing these acts against me.

☒     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒     race     _____

☐     color     _____

☐     gender/sex     _____

☐     religion     _____

☐     national origin     _____

☐     age *(year of birth)*     _____

☒     disability or perceived disability *(specify disability)*
**HEAVY AND INTERNAL BLEEDING, AMBULATION AND MOBILITY STRESS, AND LACK OF CONCENTRATION AND FOCUS**

E.     **DIRECT DISCRIMINATION** - I was treated worse than a few more employees because of my disability. I was denied reasonable temporary accommodations to work from home and they were granted accommodations to work from and two of them is still working from home permanently
**INDIRECT DISCRIMINATION- DISABILITY AND RACE-** I was discriminated on because of my race and denied promotions and higher positions. And was told to go look for another job because of my disability If I needed to

temporary work from home because of stress, and internal and heavy bleeding, and lack of concentration and focus because of my disability.

**HARASSMENT IN THE WORKPLACE AND RETALIATION-** Includes racial slurs towards my race, crude attempts in humor towards me. Calling me fat because of the weight gain from the steroid shots in which embarrassed me and caused me to get even more depressed. Retaliated on because of my disability and me being approved for Family Medical Leave because of my disability and because I answered questions during an employer investigation of harassment, unfairness and overlooked for higher positions and promotions and under paid with carrying three full time positions. Betty spread false rumors on me in which was lies and defamation of my character

**VICTIMIZATION HARASSMENT-** Psychological abuse towards me and treated me unfairly because made a complaint about me being discriminated against and treated unfairly.

---

**V.   Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *5-8-2017*

---

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☒       issued a Notice of Right to Sue letter, which I received on *(date)*     9-14-2020     .

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct

☐       60 days or more have elapsed.

☒       less than 60 days have elapsed.

*l.* **Relief**

        Equitable and compensatory damages are the only means of securing adequate relief for me Deltress A. Haverly. I Deltress A Haverly suffered, is now suffering, will continue to suffer irreparable injury from lawful conduct by Betty Bethea, Steven Morrison, Jesse Howard, and Girling Community Care Kindred, in my official capacity, as set forth herein until and unless enjoined by the Court, to include but not to be limited to reinstatement with a higher position with benefits returned, removing false or damaging information from my  Deltress A. Haverly personnel files. Deltress A.Haverly seeks awards of pay

back from the loss of income as a result of discrimination of race, and disability, and retaliatory based conduct, and constructive discharge by Girling Community Care Kindred and its representative during Deltress A. Haverly Employment and and as a negative experiences in regard to include the unfair treatment, discipline, and evaluation compared to other similarly situated employees that did not engage in protected activity. Title VII

Deltress A. Haverly is entitled to awards of pre- and post judgement interest on any amount awarded to her Title VII

Deltress A. Haverly seeks compensatory, expectation, and/or consequential and punitive damages due to illegal conduct of Girling Community Care Kindred discrimination and retaliation claims. Title VII

Deltress A. Haverly seeks attorney fees once one is appointed and accepts my case,costs, and expert fees. Title VII and 42 U.S.C. 1988.

Deltress requests the Court to cause  Girling Community Care Kindred and Betty Bethea, Steven Morrison, and Jesse Howard ,in their official capacity, to be cited to appear and answer in this Court, upon the final hearing,the Court grant Deltress A. Haverly As follows:

1. Grant Deltress A. Haverly all equitable damages including reinstatement with a higher position as deserves and back pay, front pay, lost benefits and profits;
2. Grant Deltress A. Haverly compensatory damages for Girling Community Care  Betty  Bethea, Steven Morrison, and Jesse Howard for the discrimination of my race,  disability, and retaliation against me Deltress A. Haverly ;
3. Grant Deltress A. Haverly pre and post- judgement interest in the highest lawful amount;
4. Grant   Deltress A. Haverly reasonable attorney's fees, together with   Deltress A. Haverly costs; and
5. Such other and further relief as the Court determines justice and equity so require.

---

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            11-5-2020

Signature of Plaintiff

Printed Name of Plaintiff        DELTRESS A. HAVERLY

**B.**     **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Attn: District Clerk**
**EEOC CASE NUMBER -846-2017-216382**

My name is Deltress a. Haverly I filed a discrimination charge with EEOC on 5-8-2017 against Girling Community Care (Kindreds) and Betty Faye Bethea for discrimnation of my race and my disability. I was bullied, harassed, retaliated on and overlooked for promotions and higher positions. Mr. Wilkerson with EEOC was assigned to me as my investigator and he told me when we spoke in June of 2017 that he had everything that he needed except the proof that I made contact with Girling Community Care **(Kindreds)** Human Resource Department. I told him yes I had it that I would have to go through my items that's in the trunk of my car. He said okay and he told me to fax it to him and that. Mr. Wilkerson told me that he was going to put my case in State Court but it will probably take a while but wait to hear from them by mail. However after a year went by I reached out to EEOC but no one ever called me back. Then another went by and I said to myself I should have heard from someone by now and still keep calling and leaving messages and no returned calls. I have been under the doctors care since 2017 to present. So finally I got very concerned because I didn't want to miss my chance in court to share how wrongly I was treated in my termination from employment. So finally I kept calling EEOC downtown division and no one would ever call me back. Then I later found another number online 1800.669.4000 for EEOC I called them and they tried everything they could to help me but they were limited because I didn't have my charge number so it was hard for them to find me in their system. So I reached out to the Governor's Gregory Abbott Office last year and no one contacted me back so finally I reached out to the Governor's office again at the beginning of the year begging in dire need for help and I explained to the Governor's office how I filed a claim with EEOC in May the 8th of 2017 and I was told that I would be contacted from the State Court.and I explained to them that no one ever contacted me from the State Court. They explained to me that someone would be contacting me. At that point a couple of weeks later after getting in touch with the Governor's office I received a voicemail from James Tyler he @1512.420.7342 he said that the Governor's office reached out to him to help me with my situation with EEOC. I explained to Mr. Tyler How I filed my case in May of 2017 and how I was told by EEOC that the State Court was going to contact me and how the years were passing and I haven't heard from anyone and that I didn't want to miss out on the statute of limitation of my case.

I explained to Mr. Tyler how long I had been reaching out to EEOC to check the statues of my case but no one would call me back and I explained to him how I called and left numerous messages and no call back. So Mr. Tyler was very kind and helpful. He gave me an email address to contact them and to request my records and the status of my charge. So a few weeks later I received an email from a representative of EEOC saying she was working remotely from home because of the pandemic. I explain to her my situation and the struggles and challenges I had in trying making contact with someone regarding my case with EEOC.. She asked me for my charge number. I told her I didn't know it because I lost a lot of my paperwork as a Harvey victim due to high water in the house I was once living at the time. She then asked me the name of the company and date and my full name then she found me in the system. She told me that the reason why no representative probably didn't return my calls or get in touch with me is because Mr. Wilkerson put in the system that I changed my mind on the

charge of my previous employer. So therefore a charge against the company was never filed, only an inquiry. I was very upset and sad because I never changed my mind on the charge. Matter of fact I was waiting on the State Court to contact me like Mr. Wilkerson told me. I told the EEOC representative that not only was it not true the discrimination charge after Mr. Wilkerson told me that the State Court was going to contact me and how it may take a while for me to wait. I was advised by retired judge Fred Ashmead to write CongresswomanSheila Jackson Lee and ask her to be my representative on my case with EEOC. I wrote her June the 7th 2017 and she wrote me back agreeing to be my representative on my case. She then enclosed a document for me to sign that implemented she was my representative for my discrimination case with EEOC. And I explained to her that if I had told Mr. Wilkerson that I would change my mind about the charge. Why would I reach out to Sheila Jackson Lee to be my representative for my EEOC discrimination case.The EEOC representative told me that she was going to reach out to the head supervisor name Gabriel Cervantes and explain to him the situation and that he would be contacting me. And she apologized for what I had been through. A few days later I received a voice mail from Gabriel Cervantes with EEOC and I called him back and explained to him what took place. He explained to me the same thing the other representative said about Mr. Wilkerson put in the notes that I changed my mind on filing the charge against my former employer and that's why no one ever got back to me. I told Gabriel Cervantes that Mr. Wilkerson made a mistake and documented the wrong notes on my file and that he maybe was looking at the wrong file while entering his notes.I told Gabriel Cervantes that since they calls are recorded for quality and approved purposes for him to review the call between me and Mr. Wilkerson and that he would see that the conversation that Mr. Wilkerson and I had not reflected nor matched the notes that he put in my file. Mr. Gabriel Cervantes stated that their calls are not recorded for monitoring purposes. I then asked Mr. Cervantes could he please contact Mr.Wilkerson and asked him about the untrue notes in which he put them on my file. Gabriel Cervantes said that no he couldn't because Mr. Wilkerson retired and he has no way of contacting him.because of the time that he couldn't do an investigation but he could move forward with the charge and get me in court with the right to sue if I wanted to do so. I told Gabriel Cervantes that I felt that was so unfair to me because it wasn't my fault that Mr. Wilkerson, the EEOC representative put in the wrong notes in my file which is putting me in a compromising position on my charge. fault. So Mr. Cervantes said he understood and told me since I agreed to to move forward with the charge in which I agreed to the charge from the very beginning in June of 2017 when Mr. Wilkerson with EEOC and I spoke on the phone.I told Mr. Cervantes that I was misled by Mr. Wilkerson had me waiting on the State court to contact me in which they never did because he made the error and put in the system that I changed my mind on the charge in which I did not. Mr. Cervantes told me that Hannah would give me a call and if I didn't hear from her in a few days to call him back. Hannah called me and took my statement again and submitted everything to Gabriel Cervantes to review so that he could submit the charge. Hannah said I would have to wait to hear back from Gabriel Cervantes and I did. I received an email on 9-14-20 from Gabriel Cervantes which stated Dismissal and Notice of Rights. It also stated that the EEOC is closing its file on this charge for the following reason. And their reason was my charge was not timely filed with EEOC. in other words, they allege that I waited too long after the date(s) of the alleged discrimination to file my charge. In which wasn't true I filed my discrimnation case with EEOC on 5-8-2017 and I am enclosing the proof

to prove my statement that I filed on time. Although EEOC Gabriel Cervantes informed me of their dismissal he did  give me the notice of suit rights and  gave me 90 days to file a suit. Gabriel said if I didn't file a lawsuit within the 90 days I can never file suit against the company again.   Mr. Wilkerson with EEOC seemed to have dropped the ball on my discrimnation case by putting in the system that I changed my mind on filing a charge which wasn't true.  And this totally not my fault and not fair to me.See my documentation file where I faxed Mr. Wilkerson 10 pages including a cover sheet with the proof of my communication with the Human Resource Departments of Girling Community Care (Kindreds) and the request to Congresswoman Sheila Jacksom Lee and her reply back to  me agreeing to be my representative with  EEOC. After reviewing you will see I never requested to drop the charge against my former employer and EEOC findings are unfair and untrue. And because they caused the error in filing my case in a timely manner its hard for any lawyer to take my case because EEOC said I filed my discrimination case in a untimely manner and its not true. Please review the facts and help me have my case in court so the judge can review all the facts in my case

-Deltressa Haverly-



SHEILA JACKSON LEE
18TH DISTRICT, TEXAS

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515**

COMMITTEES
JUDICIARY

HOMELAND SECURITY
SUBCOMMITTEES
RANKING MEMBER
BORDER AND MARITIME SECURITY
TRANSPORTATION SECURITY

DEMOCRATIC CAUCUS

WASHINGTON OFFICE

DISTRICT OFFICE

ACRES HOME OFFICE

HEIGHTS OFFICE

FIFTH WARD OFFICE

June 18, 2017

Ms. Del'tressa Haverly
2421 Wayne Street
Houston, TX 77026

Dear Ms. Haverly:

Thank you for allowing me to assist with your case. Although I cannot guarantee a particular outcome, I want you to know that we will do our best to help you receive a fair and timely response.

Please find the privacy act release form enclosed. Fill out the privacy act release form and send it back to the office. Once we have the privacy act release form, we can begin to work on your case. Please be aware that the more information you provide to this office, the more diligent we can be to pin point the problem and act accordingly in a timely fashion.

Very truly yours,

Sheila Jackson Lee
Member of Congress

SJL\mm

# EXHIBIT 1

p. 4

**Shelia Jackson Lee letter I wrote to her asking her to representative assisting EEOC with my DIscrimination case and her letter accepting to be my representative on my case to EEOC**

SEE ATTACHED MY FAMILY MEDICAL LEAVE- (FMLA) APPROVAL FROM UNUM. SEE APPROVAL DATES 4-13-2017. NOT ONLY WAS I APPROVED FROM FAMILY MEDICAL LEAVE AND PAYMENTS. I WAS TERMINATED WHILE ON FMLA ON 4-14-2017 AND NEVER RECEIVED PAYMENT

### Statement by Deltress A Haverly
### Statement of Discrimination, by Betty Bethea Administration
### And Girling Community Care and Kindred,
### Against Deltress A Haverly


### Statement Prepared June 8th 2017

I am filing this statement of discrimination, against me. Deltress A Haverly, by Betty Bethea, my supervisor at Girling Community Care and Kindred March 20,2001 to April 14th 2017,  in deliberate actions to deny me job opportunities, in Leadership positions with Girling Community Care and Kindred Girling Community Care and Kindred's failure to insure that a valued employee was not discriminated against in hiring and advancement within the company. I have previously shared with EEOC  my statement of retaliation and I will use those same pages in the history of discrimination against me. I am requesting you to be my representative with EEOC assisting them on my discrimnation case in which I submitted to them in May of 2017 to help ensure I get a fair response and a thorough investigation to find that my complaint is **validated** and I was **treated unfairly discriminated against,**  because of my race and disability. I was **bullied, harassed,** and **retaliated against.** I was approved for Family Leave on 4-13-2017 and once they notified Betty Bethea and Mellonie Simon Betty Bethea terminated me the next day. She did the very same thing to me in 2000 when I was working in the field and was injured at the client's home by pulling my back helping the client from falling on the floor. When she found out I was on  Family Medical leave she called me up to the office and told me that she needed me to work. Once I told her I couldn't work she terminated me. I reached out to the Human Resource Department and Betty Bethea previous Supervisor Wayne Douglas and they overturned her termination and kept me employed. Now  the same thing occurred I was placed on Family Medical Leave and bedrest from my doctors and once Betty Bethea was informed that I was on Family Medical Leave she terminated me the next day after I was already approved for Family Medical Leave but this time when I reached out to our Human Resource Department under new owners Kindreds they was aware (Steve Morrison) Human Resource Director and Betty Bethea new Supervisor Jessie Howard  he allowed the termination to take place with knowing I was on Family Medical Leave. So I was discriminated against for my disability . Betty never liked me out of the office even when I was sick she would call me and tell me I needed you in the office. She didn't care that I was sick and could have died from having 5 percent hemoglobin in my body and had to be admitted for blood transfusions.Betty started harassing me a lot in February of 2017 after I was in a car accident on 2-2-2017


I was hired by Girling Health Care on January 7th 1996. I was transferred from my field duties in 1999 from a former acting Director named Regina and Wayne Douglas due to being injured at a patients home.So after being released from the doctor  they brought me in the office and gave me a desk job per doctor's request. On March 20th 2000, Betty Bethea was hired by Girling Community Care, as my Supervisor, From that date, March 20,2000. The date of the hire of Betty Bethea, I was not offered employment advancement, promotion and I  was passed over

for numerous promotions and leadership roles.  In some cases a member of the Betty Bethea
family was hired without fulfilling Girling's guidelines and policies. Stated differently, I was not
advanced in employment within Girling and Kindred for 22 years. During all of those years, I
received annual job reviews and everyone of them, my reviews were high and showed that I
was a great employee.

For 22 years, I received high evaluations and no advancement when I applied. During the
same time, Caucasian and Hispanics were hired and promoted from outside the company,
many times while Betty Bethea circumvented company rules and guidelines to hire someone
that she wanted to  have the job and/ or deny me advance. And finally, Betty Bethea used
bogus reasons, not born out of company guidelines or company policies to discharge me from
my employment.

With my statement, I am including documentation of some of events that have occurred
surrounding the hiring practices of Betty Bethea and the discriminatory treatment she inflicted
on me. I have received as a result of the **hostile treatment** by Betty Bethea and
GirlingCommunity Care Kindred. Your investigation will reveal more discrimnation that I suffered
because of the actions of Betty Bethea and the inaction of Girling Community Care and Kindred.

-Deltressa Haverly

# DATES OF EMPLOYMENT



### An Affiliate of Kindred at Home

July 23, 2020

To Whom It May Concern:

Deltress Haverly was employed by Girling Community Care from January 7, 1996 until April 14, 2017.
If any further information is needed, please contact me at 512-323-1547 or kathy.dumas@gentiva.com.

Sincerely,

Kathy Dumas
Regional HR Manager

# EXHIBIT 2

846-2017-21682          MAY 3 1 2017      P.6

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Haverly          First Name: Deltress          MI: Ann

Street or Mailing Address: 9711 Cedar Bluff Drive Apt or Unit #:

City: HN STN     County: Harris     State: TX     Zip: 77064

Phone Numbers: Home: (832) 752-1308          Work: (   )

Cell: (832) 752-1308     Email Address: barbie177@gmail.com

Date of Birth: 1-7-71     Sex: ☐ Male ☑ Female     Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino?   ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply.  ☐ American Indian or Alaskan Native     ☐ Asian     ☐ White

☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? American Indian and Black

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: MS. Coffey          Relationship: Mother

Address: 9711 Cedar Bluff Drive HN STN.   State: TX   Zip Code: 77064

Home Phone: (832) 946-2917   Other Phone: (   )NONE

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Guiding Community Care (affiliated with Kindred)

Address: 6150 W Loop South   County: Harris

City: Bellaire   State: TX   Zip: 77401   Phone: (713) 780-1268

Type of Business: Home Health   Job Location if different from Org. Address:

Human Resources Director or Owner Name: Steven Morrison   Phone: (512) 323-1536   be

Number of Employees in the Organization at All Locations: Please Check (✓) One      512 323-1536

☐ Fewer than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑ More than 500

**3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No**

Date Hired: 1-7-96     Job Title At Hire: Care attendant

Pay Rate When Hired: $4.00     Last or Current Pay Rate: $19.80 unsure of the cents portion

Job Title at Time of Alleged Discrimination: Care Coordinator   Date Quit/Discharged: 4-14-17

Name and Title of Immediate Supervisor: Mellonie Simon

If Job Applicant, Date You Applied for Job          Job Title Applied For

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): *I was Singled out, Bullied, Slandered, Harrassed and Retaliated on*

**5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: **4/14/17**   Action: **Discharged by Bettie Faye Bethea / Administr**

Name and Title of Person(s) Responsible: **Bettie Faye Bethea ( Administrator)**

B. Date: **4-14-17**   Action: _____

Name and Title of Person(s) Responsible: **Bettie Faye Bethea ( Administrator)**

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

_____

_____

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_____

_____

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person and so on. Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|
| A. | | | |
| B. | | | |

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person) _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____ Signature          5-8-17  Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/2008). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requisite information.

November 2009

4

**FAMILY MEDICAL LEAVE - FMLA APPROVAL A DAY BEFORE TERMINATION. BUT I NEVER GOT PAID FOR IT**

---

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 877-217-5497
Fax: 1-800-447-2498
www.unum.com

uɴum

April 24, 2017

DELTRESS HAVERLY
9711 CEDAR BLUFF DRIVE
HOUSTON, TX 77064

RE:   Haverly, Deltress
      Claim Number:        12815831
      Policy Number:       469967
      Unum Life Insurance Company of America

Dear Ms. Haverly:

We are writing about the status of your Short Term Disability claim. You have my personal commitment to provide you with responsive and courteous service.

**Information About Your Disability Claim**

- Your last day worked was April 13, 2017.
- We have determined your disability date to be April 13, 2017 the date your doctor advised you to stop working
- The plan provided by your employer states benefits are not payable for the first 15 calendar days you are disabled. This timeframe is referred to as the elimination period. Your elimination period would end on April 27, 2017.

Your claim has been medically supported for Short Term Disability through April 20, 2017. As this date is within the elimination period, we are unable to pay benefits at this time. To continue our evaluation of your claim, additional information is needed.

**What We Need From You**

Please let us know if there are any changes or complications within the anticipated recovery time frame. We will need additional information to better understand how your condition impacts your ability to return to work. If you cannot return to work on April 21, 2017 for medical reasons, please have your attending physician(s) provide us with the following medical information:

- Medical records (including treatment records, procedure records, physical therapy records and test results) from all treating providers from April 14, 2017 through the present.
- Restrictions and limitations (a list of things you should not and cannot do).

---

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 877-217-5497
Fax: 1-800-447-2498
www.unum.com

uɴum

August 19, 2020

DELTRESS HAVERLY
9711 CEDAR BLUFF DRIVE
HOUSTON, TX 77064

RE:   Haverly, Deltress
      Claim Number:        12815831
      Policy Number:       469967
      Unum Life Insurance Company of America

Dear Ms. Haverly:

I have attempted to return your call on August 19, 2020, but was unable to reach you.

Please note that we sent approval information to Kindred Healthcare for your claim on the following dates.

- 06/15/2017
- 06/08/2017
- 05/11/2017

For payment information, please reach out to the Kindred Benefits Marketplace at 1-800-891-5171.

I have also attached copies of your approval letters in this correspondence.

Ms. Haverly, if you have any questions, please feel free to contact me at 877-217-5497.

Sincerely,

*Jenn Hayes*

Jenn Hayes
Life Event Specialist

Enclosures:   -Claimant Approval
              -Claimant Approval
              -Claimant Status

---

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 877-217-5497
Fax: 1-800-447-2498
www.unum.com

uɴum

June 7, 2017

DELTRESS HAVERLY
9711 CEDAR BLUFF DRIVE
HOUSTON, TX 77064

RE:   Haverly, Deltress
      Claim Number:        12815831
      Policy Number:       469967
      Unum Life Insurance Company of America

Dear Ms. Haverly:

Thank you for providing the information needed for your Short Term Disability claim. Your benefits have been approved through June 13, 2017.

You have my personal commitment to provide you with responsive and courteous service. I will keep you well informed about the status of your claim.

**What We Need From You**

Please let us know if there are any changes or complications within the anticipated recovery time frame. We will need additional information to better understand how your condition impacts your ability to return to work. If you cannot return to work on June 14, 2017 for medical reasons, please have your attending physician(s) provide us with the following medical information:

- Medical records (including treatment records, procedure records, physical therapy records and test results) from all treating providers from June 01, 2017 forward.
- Restrictions and limitations (a list of things you should not and cannot do).

The information provided will assist us in the continued evaluation of your claim. A note from your physician stating you are unable to return to work is not considered sufficient medical documentation.

If we have not received the additional information by July 28, 2017, we will make a decision based on the information available to us at that time.

**Information About The Family Medical Leave Act**

We also administer the FMLA (Family Medical Leave Act) for your employer and have shared this decision about your disability claim with our Leave Management Center. If you are eligible



**Girling**
Community Care
An Affiliate of Kindred at Home

July 23, 2020

To Whom It May Concern:

Deltress Haverly was employed by Girling Community Care from January 7, 1996 until April 14, 2017.
If any further information is needed, please contact me at 512-323-1547 or kathy.dumas@gentiva.com.

Sincerely,

Kathy Dumas
Regional HR Manager

# EXHIBIT 3

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Deltress A. Haverly**
      **9711 Cedar Bluff Dr**
      **Houston, TX 77064**

From:   **Houston District Office**
        **Mickey Leland Building**
        **1919 Smith Street, 7th Floor**
        **Houston, TX 77002**

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **846-2017-21682** | **Hannah Ye,** **Investigator Support Asst** | **(346) 327-7723** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Gabriel Cervantes**
Digitally signed by Gabriel Cervantes
DN: cn=Gabriel Cervantes, o=EEOC, ou,
email=gabriel.cervantes@eeoc.gov, c=US
Date 2020.09.14 13:52.38 -05'00'

9/14/2020

Enclosures(s)

for   **Rayford O. Irvin,**
      **District Director**

*(Date Mailed)*

cc:

**GIRLING COMMUNITY CARE**
**6750 West Loop South #500**
**Bellaire, TX 77401**

**Texas Workforce Commission-Civil Rights Division**
**101 East 15th Street Room 144T**
**Austin, TX 78778**



Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

DELTRESS A. HAVERLY
9711 CEDAR BLUFF DR
HOUSTON TX 77064-2140



October 25, 2020

**RE:   20-0371677 : 2110 Race/Color Discrimination**

You recently applied to Houston Volunteer Lawyers for help with your legal problem. While you are financially eligible for our services, we unfortunately have limited resources and will not be able to represent or advise you going forward. We have closed your file and will be unable to furnish any further legal services to you.

Because you are financially eligible for Houston Volunteer Lawyers' services, if your case goes to court, you may wish to consider filing a *Statement of Inability to Afford Payment of Court Costs or an Appeal Bond* – a blank copy of which is enclosed. When answering Question 2, you can attach this letter as proof that you asked a legal aid provider to represent you, and the provider determined that you are financially eligible for representation but did not take your case (the second checkbox under Question 2). For additional copies of the enclosed form, please visit www.texaslawhelp.org or ask the clerk of the court to provide you one.

Please consider contacting one of the following agencies, which might be able to assist you in resolving your case.

Texas Board of Legal Specialization, Find a Lawyer Labor and Employment, https://www.tbls.org/findlawyer-results

Texas Employment Lawyer Association, Find a Lawyer https://www.mytela.org/index.cfm?pg=FindALawyer

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Please call us at (713) 228-0732 if you need further assistance.

**PAUL FURRH, JR.**
Attorney at Law
Chief Executive Officer

**ROSLYN O. JACKSON**
Directing Attorney

**LINDSAY EUSTACE**
Managing Attorney



**Lone Star Legal Aid**
**PUBLIC BENEFITS UNIT**

September 04, 2020

**CHANNING GUIDRY**
**CELESTE HERRON**
**JEFF LARSEN**
**HELEN MALVEAUX**
**MARIA PANTOJA**
Staff Attorneys

**ADRIAN GARCIA**
**LAURA FLORES**
**ROSALIE MIRANDA**
**CHRISTIAN PINEDA**
**GLORETTA THORNTON**
Paralegals

Mailing Address:
P. O. Box 398
Houston, Texas 77002

713-652-0077 x 8103 Telephone
979-848-0682 Fax
800-733-8394 Toll-free

Deltress Ann Haverly
9711 Cedar Bluff Drive
Houston, TX 77064

RE:   **Haverly / LEGAL AID APPLICATION NUMBER: 20-0858900**
     **29 Other Employment**
     Application for Legal Services Closing Letter

Dear Ms. Haverly:

     Thank you for contacting Lone Star Legal Aid for help with your legal problem. It was a pleasure talking to you. We gave you legal advice regarding your 29 Other Employment matter. We are not able to help everyone who applies because we do not have enough staff. The legal advice we gave you is all the help we can give you. **Your file is now closed.**

     There are some other places you can go to get help. You can call the State Bar of Texas, Lawyer Referral Service at 1-800-252-9690. You can also go online to the Texas Law Help website at www.texaslawhelp.org for more legal help. You can also look at the Local Resources we are sending with this letter.

     Feel free to call us if you have any other legal problems.

     Very Truly Yours,

     *Celeste Herron*

     Celeste Herron
     Attorney at Law

CH:MS
Enclosure(s):   *LSLA Notice of Rights*
         *Local Resources*

*Serving the East Region of Texas since 1948*
Beaumont, Belton, Bryan, Clute, Conroe, Galveston, Houston, Longview, Nacogdoches, Paris, Richmond, Texarkana, Tyler, Waco

 

 **Texas Department** *of* **Motor Vehicles**

## •PERMANENT DISABLED PLACARD RECEIPT

```
COUNTY: HARRIS                    TAC NAME: ANN HARRIS BENNETT
PLACARD: B05270453P               DATE: 07/13/2018
PLACARD: B05270454P               TIME: 11:08AM
                                  EMPLOYEE ID: ANAGML    TRANSACTION ID: 10122143292110840
                                  EXPIRATION DATE: 07/2022


DISABLED PERSON NAME AND ADDRESS
DELTRESS A COFFEY HAVERLY
2421 WAYNE STREET
HOUSTON, TX 77026


INVENTORY ITEM(S)               YR        FEES ASSESSED
BLUE DISABLED PLACARD
BLUE DISABLED PLACARD


                                          TOTAL          $         0.00

                              METHOD OF PAYMENT AND PAYMENT AMOUNT
                                            CASH $         0.00
```

PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS.

ORIGINAL
VTR-500-RTS (REV. 10/2016) DHT 157490

# EXHIBIT B-2

2020 73479

Attention District Court

My name is Deltress A. Haverly. I receive right to sue from EEOC on
9-14-20. Since then I have reached out to tenth attorneys and was
turned down in handling my employment case because I have no
current income . I even attached letters from Houston Volunteer
Lawyers and alone Star Legal Aid and was approved and eligible for
their services but was but was turned down due to limited resources
and staff to assist me. I was only given 90 days to file my right to sue
in court and right now I'm at 60 days left to file. I was already
terminated for my medical disability and discrimination and
retaliation. I can afford to not have my voice in court because of how
I was treated. Please assist me in the matter with a attorney and
waive all my court cost to ensure I meet the deadline of my right to
Sue case. I am desperately seeking your help. I thank you in advance!
- Deltressa Haverly
832.752.1308
Deltressa7@gmail.com

FILED
Marilyn Burgess
District Clerk

Time: _____ NOV - 4 2020

By _____
Harris County, Texas
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# EXHIBIT B-3

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: 2020 73479

*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _____
*(Print first and last name of the person filing the lawsuit.)*

**And**

Defendant: _____
*(Print first and last name of the person being sued.)*

In the *(check one)*:
- [X] District Court
- [ ] County Court / County Court at Law
- [ ] Justice Court

Court Number _____ Texas

County _____

FILED
Marilyn Burgess
District Clerk
NOV - 4 2020
By _____
Harris County, Texas
Deputy

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: DELTRESS Ann HAVERLY    My date of birth is: ▮▮▮▮
First  Middle  Last    Month/Day/Year

My address is: *(Home)* 9711 Cedar bluff Drive Houston TX 77064

*(Mailing)*

My phone number: 832 752-1308  My email: deltressa7@gmail.com

About my **dependents:** "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 Self  Just me | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## 2. Are you represented by Legal Aid?

[ ] I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

[X] I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

-or-

[ ] I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

[ ] I do not receive needs-based public benefits. **- or -**

[X] I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

- [X] Food stamps/SNAP  [ ] TANF  [ ] Medicaid  [ ] CHIP  [ ] SSI  [ ] WIC  [ ] AABD
- [ ] Public Housing or Section 8 Housing  [X] Low-Income Energy Assistance  [ ] Emergency Assistance
- [ ] Telephone Lifeline  [ ] Community Care via DADS  [ ] LIS in Medicare ("Extra Help")
- [ ] Needs-based VA Pension  [ ] Child Care Assistance under Child Care and Development Block Grant
- [ ] County Assistance, County Health Care, or General Assistance (GA)
- [X] Other: MHMR for mental Health

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*    Page 1 of 2

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _0_ in monthly wages. I work as a _____ for _____
*Your job title*                *Your employer*

$ _0_ in monthly unemployment. I have been unemployed since *(date)* 4-19-2017.

$ _0_ in public benefits per month.

$ _0_ from other people in my household each month: *(List only if other members contribute to your household income )*

$ _0_ from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Worker's Comp
☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ _0_ from other jobs/sources of income. *(Describe)* Live with my MOTHER
I Filled for my DISABILITY AWAITING
A HEATING DATE and DECISION

$ _0_ is my *total* monthly income.

**5. What is the value of your property?**

"My property includes:        Value*

Cash                          $ _0_

Bank accounts, other financial assets
Frost Bank                    $ 0.00
Chase Bank                    $ 25.00

Vehicles (cars, boats) *(make and year)*
_____              $ _0_
_____              $
_____              $

Other property (like jewelry, stocks, land, another house, etc.)
_____              $ _0_
_____              $
_____              $

**Total** value of property → $ _0_

*The value is the amount the item would sell for less the amount you still owe on it, if anything

**6. What are your monthly expenses?**

"My monthly expenses are:        Amount

Rent/house payments/maintenance    $ _0_
Food and household supplies        $ _0_     I get
Utilities and telephone            $ _0_     snap
Clothing and laundry               $ _0_     for food
Medical and dental expenses        $ _0_
Insurance (life, health, auto, etc.) $ _0_
School and child care              $ _0_
Transportation, auto repair, gas   $ _0_
Child / spousal support            $ _0_
Wages withheld by court order      $

Debt payments paid to: *(List)*
_____              $
_____              $
_____              $

**Total** Monthly Expenses → $ _0_

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: *(List debt and amount owed)* I don'T have a job I applied
for my SOCIAL Security disAbility AwAiTing
decision. My mother Accommodates me on her fixed income by Allowing me To live wiTh her.

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit Additional Supporting Facts")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☑ I cannot afford to pay court costs.
☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is DELTRESS A HAVERLY                My date of birth is : ▮▮▮▮

My address is 9711 Cedar bluff Drive HOUSTON TX 77064
                *Street*            *City*      *State*   *Zip Code*  *Country*

► _____ signed on 11 / 3 / 20 in Harris County, TEXAS
*Signature*              *Month/Day/Year*      *county name*        *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122

*Statement of Inability to Afford Payment of Court Costs*                    Page 2 of 2